# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. McKINNON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>TERRI GONZALEZ, Warden,<br><br>　　　　Respondent. | Case No. ED CV 10-0919 MMM (JCG)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections to the Report and Recommendation.

　　　Petitioner's Objections essentially reargue points made in his Petition and Traverse and lack merit for the reasons stated in the Report and Recommendation. Accordingly, having made a *de novo* determination of those portions of the Report and Recommendation to which objection was made, the Court accepts the Magistrate Judge's Report and Recommendation.

　　　The Court further finds, for the reasons stated in the Report and Recommendation, that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

*Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action with prejudice.
2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.
3. A Certificate of Appealability is denied.

DATED: December 21, 2011

*Margaret M. Morrow*

HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE