JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. McKINNON, | ) Case No. ED CV 10-0919 MMM (JCG) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| TERRI CONZALEZ, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 21, 2011

*Margaret M. Morrow*
_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE